STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Shelton Lundra Frazier
In Proper Person
941 Lucille St.
Natchitoches LA 71457

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 19, 2018

**REHEARING ACTION: December 19, 2018**

**Docket Number: 18   00129-CA**

**AMBER LYNN LANGE FRAZIER**
**VERSUS**
**SHELTON LUNDRA FRAZIER**

**Appealed from Natchitoches Parish Case No. C-89055, Div. B**

**BEFORE JUDGES:**

   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shelton Lundra Frazier** has this day been

   **DENIED.**

cc: Robert Charles Owsley, Counsel for the Appellee